**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mahmoud Osman Haroon Ismail, | No. CV-26-01578-PHX-DJH (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  The Court directed Respondents to respond to the Petition. (Doc. 3.)  Respondents' response stated "Respondents do not oppose Petitioner's release from custody." (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

///

///

///

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 18th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge